NO. 07-05-0463-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 4, 2006
_____

Ex parte R. WAYNE JOHNSON,

Relator
_____

***On Petition for Writ of Habeas Corpus***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Relator R. Wayne Johnson, an indigent inmate, seeks a writ of habeas corpus seeking release from the effect of five administrative disciplinary proceedings initiated against him while an inmate. He contends that during the proceedings he was denied his rights to due process and legal counsel. We dismiss the petition.

Our jurisdiction to issue writs of habeas corpus is limited. *Ex parte Layton*, 928 S.W.2d 781, 782 (Tex. App.–Amarillo 1996, orig. proceeding). It extends only to those situations wherein a person is restrained of his liberty by virtue of an order, process or commitment issued by a "'court or judge.'" *Id.*; TEX. GOV'T CODE ANN. art. 22.221(d) (Vernon 2004). Nothing in Johnson's petition illustrates that the administrative disciplinary decisions about which he complains were issued by a court or judge as contemplated by art. 22.221(d). Thus, he failed to illustrate that we have jurisdiction to consider the matter.

The petition is dismissed for want of jurisdiction.

Per Curiam